**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-01186-REB-CBS

MARY ROBINSON,

    Plaintiff,

v.

DEAN FOODS COMPANY, a Delaware corporation,
DEAN WEST, LLC, a Delaware limited liability company, and
SOUTHERN FOODS GROUP, LLC, a Delaware limited liability company, d/b/a
MEADOW GOLD DAIRY,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The defendants' **Motion Seeking Clarification From The Court Regarding March 19, 2009 Sanctions Order** [#76] filed April 17, 2009, is **GRANTED** on the terms stated below.

    The court's previous **Order Concerning Defendants' Motion For Sanctions** [#65] filed March 19, 2009, imposes sanctions only on Kent P. Long and not on his law firm, Theodore P. Watson & Associates, LLC.  The court emphasizes that sanctions are not to be collected in any form from the plaintiff.

    The defendants' request for an extension of time to file a statement of excess costs, expenses, and attorney fees is **GRANTED**.  This statement shall be filed on or before April 28, 2009.

    Dated:  April 20, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.