**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-01186-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: May 29, 2009** | **Courtroom Deputy:** Linda Kahoe |

MARY ROBINSON,                            Jennifer C. Robinson

       Plaintiff,

       v.

DEAN FOODS COMPANY, *et al.,*            Joshua B. Kirkpatrick
                                                     Michelle Soltani Simmons

       Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 3:36 p.m.**
Court calls case. Appearances of counsel.

Discussion and arguments regarding Plaintiff's Motion to Amend Her Complaint (doc #70, filed 4/13/2009).

For the reasons as stated on the record, it is

**ORDERED:** **Plaintiff's Motion to Amend Her Complaint (doc #70, filed 4/13/2009) is GRANTED. In granting this Motion, the court is not expressing any views on the merits of Defendants' Rule 12(b)(6) arguments and not restricting, in any way, the Defendants' right to assert the same arguments in a motion under Rule 12(b)(6). The parties may file objections within ten days of today's date.**

**ORDERED:** **The court will allow the Defendant to reopen Plaintiff's deposition to specifically address the newly asserted claims. The court will allow the Plaintiff to conduct a Rule 30(b)(6) deposition for the limited purpose of obtaining discovery relative to the new claim. Depositions shall be completed no later than July 1, 2009.**

**ORDERED:** **The final pretrial conference remains set for July 21, 2009 at 10:00 a.m.**

HEARING CONCLUDED.
**Court in recess**:     **4:22 p.m.**
Total time in court:    00:46

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.