**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-01186-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: Jul 1, 2009** | **Courtroom Deputy:** Linda Kahoe |

MARY ROBINSON,                                              Jennifer C. Robinson

    Plaintiff,

    v.

DEAN FOODS COMPANY, *et al.*,                       Joshua B. Kirkpatrick

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:   3:34 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding the Rule 30(b)(6) deposition and the Motion for Protective Order (doc #96).

For the reasons as stated on the record, it is

**ORDERED:   Motion by Defendant Southern Foods Group, LLC for Entry of Protective Order (doc #96, filed 6/25/2009) is GRANTED IN PART and DENIED IN PART.  The Motion is GRANTED to the extent that it requires the Rule 30(b)(6) deposition to take place in Dallas, Texas.  The subject of the Rule 30(b)(6) deposition shall be limited to the facts implicated by the third and fourth claims for relief.  The Motion for Protective Order is DENIED to the extent it seeks to conduct or to preclude the deposition to be given on a specific day.  Counsel for the parties shall confer and set a date that is reasonably acceptable to them and to the deponent.  To the extent that the Motion is construed as asking the court for a ruling in advance, the Motion is DENIED.**

HEARING CONCLUDED.
**Court in recess**:       **3:54 p.m.**
Total time in court:    00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.