### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 08-cv-01186-REB-CBS

MARY ROBINSON

      Plaintiff,

vs.

DEAN FOODS COMPANY,
a Delaware Corporation;
DEAN WEST, LLC,
a Delaware limited liability corporation,
SOUTHERN FOODS GROUP, LLC,
a Delaware limited liability company doing business as
MEADOW GOLD DAIRY.

      Defendants.

### ORDER GRANTING STIPULATED MOTION FOR ENTRY OF
### JUDGMENT AGAINST KENT P. LONG

**Blackburn, J.**

This matter is before me on the **Stipulated Motion for Entry of Judgment Against Kent P. Long in the Amount of $9,390.00** [#79] filed April 28, 2009. The motion is unopposed and is granted.

On March 19, 2009, I entered an order granting in part the defendant's **Motion for Sanctions** [#19] against the plaintiff's former attorney, Kent P. Long. In that order, I directed the defendants to file a statement of the excess costs, expenses, and attorney fees reasonably incurred by the defendants in addressing filings by Long that unreasonably and vexatiously multiplied these proceedings. The stipulated motion for entry of judgment reflects an agreement between the defendants and Long concerning

the amount to be awarded under the terms of my order.

**THEREFORE, IT IS ORDERED** that **JUDGMENT SHALL ENTER** in favor of the plaintiffs, Dean Foods Company, Dean West, LLC, and Southern Foods Group, LLC, d/b/a Meadow Gold Dairy, against Kent P. Long, in the stipulated amount of nine thousand three hundred ninety dollars ($9,390.00).

Dated July 30, 2009, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge